UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JAMES YOUNG, *ET AL.*, | ) |
|  | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 1:14-CV-00559 |
|  | ) |
| DISTRICT OF COLUMBIA | ) |
|  | ) |
| Defendants. | ) |

# PLAINTIFFS' FIRST AMENDED COMPLAINT

**(Negligence)**

## I. Jurisdiction

1. This action arises under the common law of the District of Columbia.

2. This court has jurisdiction over this action pursuant to D.C. Code § 11-921 (1981 Edition).

3. Notice was sent to the District of Columbia pursuant to D.C. Code §12-309 on August 28, 2013.

## II. Parties

4. Plaintiffs, James Young and Tawanda Hunter, are residents of the District of Columbia.

5. Defendant District of Columbia is a municipal corporation.

1

### III. Factual Background

6. On August 21, 2013, at approximately 12:30 a.m., Plaintiffs James Young and Tawanda Hunter were sitting on their porch at 1600 Frankford Street, SE, Apartment 102, Washington, DC 20020, when members of the DC Metropolitan Police Department approached them with guns drawn. An officer with the DC Metropolitan Police Department handcuffed Plaintiff Young and then threw him to the ground. Another officer with the Department leveled his gun at Plaintiff Hunter. After approximately ten minutes the police officers determined that Mr. Young was not a suspect in any criminal case, removed his handcuffs and left the premises.

7. As a direct result of the excessive force described above, Plaintiff Young suffered injuries to his left shoulder, forearm and legs as well as contusions to other parts of his body. Plaintiff Hunter also suffered extreme emotional distress.

### COUNT ONE

(False Arrest – District of Columbia)

8. Plaintiff hereby incorporates paragraphs 1 through 7, *supra*, by reference.

9. Officers employed by Metropolitan Police Department, acting within the scope of their employment, falsely arrested James in that they handcuffed and detained him as described above without probable cause or articulable suspicion that he had committed any criminal wrongdoing.

10. As a direct and proximate result of the above-described negligence, Plaintiff James Young suffered serious emotional distress, fear and apprehension.

WHEREFORE, plaintiff prays for a judgment against defendant District of Columbia awarding compensatory damages in the amount of $1,000,000 (One Million Dollars), costs of this suit, and any other relief deemed appropriate by the court.

## COUNT TWO

(Assault & Battery – James Young)

11.  Plaintiffs hereby incorporate paragraphs 1 through 10, *supra*, by reference.

12.  Further, officers employed by Metropolitan Police Department, acting within the scope of their employment, assaulted Plaintiffs James Young by pointing a gun at him and putting him in reasonable apprehension of physical harm, without probable cause that they he had committed any criminal wrongdoing.

13.  Further by throwing him to the ground in the manner described above, the officer, acting within the scope of his employment, battered plaintiff's body causing serious injuries as described above.

14. As a direct and proximate result of the above-described assault and battery, Plaintiff was placed in great fear of physical harm and suffered extreme emotional distress and physical injury.  He has incurred and will incur in the future, substantial medical expenses and lost income.

WHEREFORE, plaintiff pray for a judgment against defendant District of Columbia awarding compensatory damages in the amount of $1,000,000 (One Million Dollars), allowable costs of this suit, and any other relief deemed appropriate by the court.

## COUNT THREE

(Assault – Tawanda Hunter)

15. Plaintiff Tawanda Hunter hereby incorporates paragraphs 1 through 14, *supra*, by reference.

16. Further and/or in the alternative, officers employed by Metropolitan Police Department, acting within the scope of their employment, assaulted Tawanda Hunter by pointing a gun at her and putting her in reasonable apprehension of physical harm without probable cause or articulable suspicion that she had committed any criminal wrongdoing.

17. As a direct and proximate result of the above-described assault, Plaintiff was placed in great fear of physical harm and suffered extreme emotional distress. She has incurred and will incur in the future, substantial medical expenses and lost income.

WHEREFORE, plaintiff prays for a judgment against defendant District of Columbia awarding compensatory damages in the amount of $1,000,000 (One Million Dollars), allowable costs of this suit, and any other relief deemed appropriate by the court.

Respectfully Submitted by,

GEOFFREY D. ALLEN, ESQ.

*/s/ Geoffrey D. Allen*
Geoffrey D. Allen
D.C. Bar No. 288142
1730 Rhode Island Ave, NW
Suite 206

Washington, DC  20036
(202) 778-1167


**JURY DEMAND**

Plaintiff demands trial by jury as to all counts herein.


                                              */s/ Geoffrey D. Allen*
                                              Geoffrey D. Allen, Esquire

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of April, 2014, a copy of the foregoing was sent electronically via ECF/PACER and First-Class Mail, to:

Stephanie E. Litos
DC Bar No.: 483164
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, NW, Suite 630 South
Washington, DC 20001
(202) 724-6650; (202) 727-6295
(202) 741-0647 (facsimile)
stephanie.litos@dc.gov

*Counsel for District of Columbia*

                                                            /s/
                                        Geoffrey D. Allen, Esquire